UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

―――――

MARCOS RAYOS #311171,

                    Plaintiff,                              Case No. 1:15-cv-1153

v.                                                          Hon. Paul L. Maloney

WILLIE O. SMITH, et al

                    Defendants.

_____/

**ORDER DIRECTING THE MICHIGAN DEPARTMENT OF CORRECTIONS
TO PROVIDE CERTAIN INFORMATION**

          It appears that defendants Unknown Sanders and Unknown Nevins are former
employees of the Michigan Department of Corrections who can no longer be found at the work
address provided by plaintiff.  Therefore, the Michigan Department of Corrections is directed to
furnish the U.S. Marshals Service with defendants' last-known addresses.  The information must be
sent to:  Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Room 544, Grand
Rapids, Michigan 49503.  The information may be used only for purposes of effectuating service
(or for proof of service, should a dispute arise).  Any documentation of the address will be retained
only by the U.S. Marshals Service.  Address information will not be maintained in the court file or
disclosed by the U.S. Marshals Service except as directed by court order.

          The U.S. Marshals Service is authorized to mail a request for waiver of service to
defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

          IT IS SO ORDERED.

Dated:  December 30, 2015                    /s/ Ray Kent_____
                                             RAY KENT
                                             United States Magistrate Judge