UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCOS RAYOS,

       Plaintiff,

Case No.: 1:15-cv-1153

v.

HONORABLE PAUL L. MALONEY

ERICA HUSS, et al.,

       Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

    The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 86). The Report and Recommendation was duly served on the parties. No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    **THEREFORE, IT IS ORDERED** that plaintiff's motion for a temporary restraining order and preliminary injunction (ECF No. 56) is **DENIED**.

Dated:  December 15, 2016            /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge