UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marcos Rayos,

    Plaintiff,

v.

Willie O. Smith, et al.,

    Defendants.
_____/

Case No.: 1:15-cv-1153

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a request for temporary restraining order and request for injunction. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 7, 2018, recommending this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 153) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for injunctive relief (ECF No. 125) is DENIED.

Dated: June 13, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge