UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 13, 2018 11:24 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / SCANNED BY: am / 6/15

MARCOS RAYOS #311171,
PLAINTIFF,

V.

WILLIE O. SMITH, HIEDI WASHINGTON, ERICA HUSS, KRISTOFFER NEVINS, LLOYD E. THURLBY, JOHN F. KELLY, SHAWN RYSKE, JILL (KERR) SALIK, TERESA GREEN (SANDERS), BENJAMIN GUILES, and AMY J. SCOTT,
DEFENDANTS.

CASE NO: 1:15-CV-1153

HON. PAUL L. MALONEY

MAG. RAY KENT

---

MARCOS RAYOS #311171
IONIA CORRECTIONAL FACILITY
1576 WEST BLUEWATER HIGHWAY
IONIA MI 48846
PRO SE

KRISTEN D. SIMMONS (P76293)
ASSISTANT ATTORNEY GENERAL
CIVIL LITIGATION, EMPLOYMENT &
ELECTIONS DIVISION
P.O. BOX 30736
LANSING MI 48909
(517) 373-6434

---

## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS' TERESA GREEN a/k/a TERESA SANDERS and BENJAMIN GUILES.

PLAINTIFF RAYOS BY PRO SE, MOVE UNDER FED.R.CIV.P. 37(b)(2)(ii) FOR DEFENDANT'S TERESA GREEN and BEN GUILES, FAILURE TO PERMIT DISCOVERY. THIS MOTION IS BASED ON FED.R.CIV.P. 37(b)(2)(ii) AND THE OTHER GROUNDS SET FORTH IN PLAINTIFFS' ACCOMPANING BRIEF.

RESPECTFULLY SUBMITTED,

MARCOS RAYOS

DATE: JUNE 8, 2018

Prisoner Name: MARCOS RAYOS
Prisoner Number: 311171
IONIA CORRECTIONAL FACILITY
1576 W. Bluewater Hwy.
Ionia, MI 48846

UNITED STATES DISTRICT C[OURT]
WESTERN DISTRICT OF MICHIGAN
COURT CLERK
399 FEDERAL BUILDING
110 MICHIGAN ST. N.W.
GRAND RAPIDS, MI 49503

U.S. POSTAGE » PITNEY BOWES
ZIP 48846 $ 000.68⁰
02 4W
0000344141 JUN 08 2018

49503$2363 C020