UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCOS RAYOS,

    Plaintiff,

v.

                               Case No. 1:15-cv-1153

WILLIE O. SMITH, et al.,            HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.


Dated: April 21, 2020                                      /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge